DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. COMSTOCK

No. 98P87.

Case below: 84 N.C. App. 148.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 7 April 1987.


STATE v. GRIFFIN

No. 156P87.

Case below: 84 N.C. App. 671.

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 8 April 1987. Petition by Attorney General for writ of supersedeas and temporary stay denied 8 April 1987.


STATE v. HALL

No. 6P87.

Case below: 83 N.C. App. 542.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 April 1987.


STATE v. LAMB

No. 136PA87.

Case below: 84 N.C. App. 569.

Petition by Attorney General for temporary stay allowed 25 March 1987. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 7 April 1987. Petition by Attorney General for writ of supersedeas to the North Carolina Court of Appeals allowed 7 April 1987.